# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

March 2, 2010

*Receipt #6990*
*$.87*
*3/3/10*

Office of the Clerk
United States Bankruptcy Court
U.S. Courthouse, Room 1220
100 State Street
Rochester, New York 14614

      RE:    SCHERZI, KIMMARIE and a/k/a Kim Scherzi,
      BK No.: 06-22102

Dear Clerk:

    Under FRBP 3010, enclosed please find a Trustee's check in the amount of $0.87, belonging to the estate of the above-named Debtors, and made payable to the Clerk of the U.S. Bankruptcy Court for dividends less than $5.00:

| Claim No. | Claimant | Claim Amount | Date Filed | Dividend |
|---|---|---|---|---|
| 17 | Frontier Telephone of Rochester, Inc.<br>Attn: Ann M. Lembaris<br>Bankruptcy Administrator<br>180 S. Clinton Ave<br>Rochester, N.Y. 14646 | $14.57 | 06/07/07 | $0.87 |

Sincerely,

Madeline M. Stolt
Paralegal
Encl.



FILED MAR 3 - 2010 BANKRUPTCY COURT ROCHESTER, NY

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397

585 232 3730
FAX 585 232 3882
www.cdlawyers.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP